UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 MAY 18 A 10: 07

**JAMES HARRIS,**

    **Plaintiff,**

v.                                                                                    Case No. 3:06-cv-433-J-20-TEM

**FRANK C. JOHNS, JR.,
TATER FARMS, L.L.C.,
FPJ ENTERPRISES, L.L.C.,
and RONALD R. EVANS, SR.,**

    **Defendants.**

_____/

### ORDER TO TRANSFER

Pursuant to Local Rule 1.04(b), this case is **TRANSFERRED** to the Honorable Timothy J. Corrigan, with his consent, because it is related to 3:05-cr-159(S3)-J-32-HTS.

**ORDERED AND ADJUDGED** at Jacksonville, Florida, this 15 day of May, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Lisa Jeanne Butler, Esq.
L. E. Hutton, Esq.
William Mallory Kent, Esq.
John Sciortino, Esq.
Garry Randolph, Courtroom Deputy